# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Connelly, Rebecca B. | 2. Court or Organization<br><br>US Bankruptcy Court for the Western District of Virginia | 3. Date of Report<br><br>11/5/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>116 North Main Street<br>Harrisonburg VA 22802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Washington and Lee University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2018 | Washington and Lee Univerity School of Law salary | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2018 | Washington and Lee University Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | VA CLE | 9/2018 | Charlottesville | speaking at CLE conference | hotel |
| 2. | Tidewater Virginia Bankruptcy Bar Assoc | 2/2018 | Norfolk | speaking at TBBA conference | hotel and mileage |
| 3. | ABI | 7/2018 | Alexandria | speaking at Eye on Bankruptcy | hotel and mileage |
| 4. | ABI | 10/2018 | Alexandria | speaking at Eye on Bankruptcy | hotel and mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cornerstone Bank bank accounts (various accounts) | A | Interest | K | T | | | | | |
| 2. Cornerstone Bank stock | A | Dividend | K | T | | | | | |
| 3. SunTrust Bank (various accounts) | A | Interest | K | T | | | | | |
| 4. AIM Invesco Equity & Inc Fund ACETX | A | Dividend | | | Sold | 12/26/18 | K | | |
| 5. Columbia Large Cap Growth CL A LEGAX | A | Dividend | | | Merged (with line 6) | 03/05/18 | L | | |
| 6. Ameriprise Brokerage #1 - Col Lg Cap Growth LEGAX - converted to CCGRX | A | Dividend | | | Sold | 12/26/18 | L | E | |
| 7. Fidelity Advisor Emerging Markets CL A FIMKX | A | Dividend | | | Merged (with line 8) | 03/05/18 | K | | |
| 8. Fidelity Advisor Emerging Markets CL Z FZAEX | A | Dividend | | | Sold | 12/26/18 | K | A | |
| 9. GWPAX American funds Growth Portfolio Cl A | A | Dividend | K | T | Buy | 09/26/18 | K | | |
| 10. SDGIX Dreyfus/Standish Global Fixed Inc Fund I | A | Dividend | J | T | Buy (add'l) | 12/26/18 | J | | |
| 11. JHME John Hancock Multifactor Energy ETF | A | Dividend | K | T | Buy | 12/26/18 | K | | |
| 12. XMLV Invesco S&P Mid-Cap Low Vol EFT | A | Dividend | K | T | Buy | 12/26/18 | K | | |
| 13. XSLV Invesco S&P Small Cap Low Vol EFT | A | Dividend | K | T | Buy | 12/26/18 | K | | |
| 14. MTUM iShares Edge MSCI USA Momentum Factor ETF | A | Dividend | L | T | Buy | 12/26/18 | L | | |
| 15. EMPL First Trust North Amer Energy Infrastructure Fund | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 16. DGS Wisdom Tree Emerging Markets Small Cap | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 17. CSHIX Credit Suiss Floating Rate High Inc Fund | A | Dividend | J | T | Buy | 12/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AHMFX Amer High Inc Municipal Bond Fund | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 19. SDY SPDR SER TR S&P Dividend EFT | A | Dividend | L | T | Buy | 12/26/18 | L | | |
| 20. RPSIX T Rowe Price Spectrum Income Fund | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 21. FXN First Trust Energy Alpha DEX Fund | A | Dividend | | | Sold | 12/26/18 | K | | |
| 22. FDT First Trust Developed Markts ex-US Alpha DEX fund | A | Dividend | K | T | Sold (part) | 12/26/18 | K | | |
| 23. FYT First Trust Small Cap Value Alpha DEX Fund | A | Dividend | | | Sold | 12/26/18 | K | | |
| 24. EMLP First Trust North Amer Energy Infrastructure Fund | A | Dividend | K | T | | | | | |
| 25. SCZ iShares MSCI EAFE small cap ETF | A | Dividend | K | T | Sold (part) | 11/27/18 | K | | |
| 26. SCZ iShares MSCI EAFE small cap ETF | A | Dividend | J | T | Sold (part) | 12/26/18 | J | | |
| 27. HLGFX JPMorgan Limited Duration Bond Fund Class I | A | Dividend | | | Sold | 12/26/18 | K | | |
| 28. VNQ Vanguard REIT Index Fund | A | Dividend | | | Sold | 06/28/18 | K | | |
| 29. VNQI Vanguard Global Ex - US Real Estate Index Fund | A | Dividend | K | T | Buy | 06/28/18 | J | | |
| 30. VNQI Vanguard Gloval Ex- US Real Estate Index Fund | A | Dividend | K | T | Buy (add'l) | 12/26/18 | J | | |
| 31. HIMFX American High Inc Mun Bond Fund Cls F-3 | A | Dividend | | | Sold | 07/25/18 | J | | |
| 32. MANLX BlackRock Nat Mun Fund Inst Shares | A | Dividend | J | T | Sold (part) | 12/26/18 | J | | |
| 33. JKI iShares Morningstar Mid Value Idx ETF | A | Dividend | | | Sold | 12/26/18 | K | | |
| 34. VUG Vanguard Growth Fund ETF | A | Dividend | | | Sold | 12/26/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRP Mid Cap Growth fund | A | Dividend | J | T | Redeemed (part) | 11/07/18 | K | C | |
| 36. TRP Spectrum Income fund | A | Dividend | K | T | Redeemed (part) | 11/07/18 | J | A | |
| 37. Vanguard Wellesley Inc Fund mutual fund | A | Dividend | J | T | Redeemed (part) | 08/02/18 | K | D | |
| 38. JPMorgan Income Builder UGTMA | A | Dividend | J | T | | | | | |
| 39. Prudential Jennison Equity Income UGTMA | A | Dividend | J | T | | | | | |
| 40. Janney Montgomery Sweep Acct UGTMA (X) | A | Interest | J | T | | | | | |
| 41. Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |
| 42. ASPZX Alger Spectra | C | Dividend | K | T | Sold (part) | 11/06/18 | K | D | |
| 43. Eaton Vance Floating CL 1 CUSIP EIBLX | B | Dividend | | | Sold | 11/06/18 | L | A | |
| 44. Fidelity Advisor Real Estate CL Z CUSIP FRIRX | A | Dividend | | | Sold | 11/06/18 | J | | |
| 45. Lord Abbett Floating Rate CL F CUSIP LFRFX | C | Dividend | | | Sold | 11/06/18 | L | | |
| 46. MINIX MFS International Value CL 1 | B | Dividend | K | T | | | | | |
| 47. Mainstay High Yield Corp Bond CL B CUSIP MKHCX | A | Dividend | | | Merged (with line 48) | 09/26/18 | J | | |
| 48. Mainstay MacKay High Yield Corp Bond CL 1 MHYIX | A | Dividend | | | Sold | 11/06/18 | J | | |
| 49. OGIYX Oppenheimer Global Opportunities Cl C | C | Dividend | L | T | | | | | |
| 50. Principal Preferred Securities CL P CUSIP PPSIX | B | Dividend | | | Sold | 11/06/18 | K | | |
| 51. Prudential Global Real Estate CLZ CUSIP PURZX | A | Dividend | | | Sold | 11/06/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sterling Capital Equity Income CL C CUSIP BEGIX | A | Dividend | | | Sold | 11/06/18 | J | C | |
| 53. Touchstone Mid Cap CL Y CUSIP TMCPX | A | Dividend | | | Sold | 11/06/18 | J | C | |
| 54. Yacktman Service CL X CUSIP YACKX | A | Dividend | | | Sold | 11/06/18 | K | B | |
| 55. Van Kampen Invest Grade Mun Trust CUSIP 92116Y160 | A | Dividend | J | T | | | | | |
| 56. Royal Bank Canada - 3Z8 formerly of Montreal Russell Index Note | A | Interest | J | T | | | | | |
| 57. BNP PARIBAS US Note CUSIP 05579TVY9 | A | Interest | K | T | | | | | |
| 58. Barclays Bank PLC Note CUSIP 06744C5E7 | C | Interest | K | T | | | | | |
| 59. Royal Bank of Canada Note - KM8 | A | Interest | J | T | | | | | |
| 60. Canadian Imperial Bank Note CUSIP 13605WCJ8 | B | Interest | | | Redeemed | 02/28/18 | K | A | |
| 61. Canadian Imperial Bank Note CUSIP 13605WCN9 | B | Interest | | | Redeemed | 05/29/18 | L | B | |
| 62. JP Morgan Chase Note CUSIP 48129HCA3 | A | Interest | K | T | | | | | |
| 63. JP Morgan Chase Finl Co Cont Note 48129MAP1 | A | Interest | K | T | Buy | 03/26/18 | K | | |
| 64. GS Finance Corp Cont CPN ndx 40055QD82 | A | Interest | L | T | Buy | 06/27/18 | L | | |
| 65. Canadian Imperial Bank of Commerce Note CUSP1 13605WGV7 | A | Interest | | | Redeemed | 05/29/18 | L | A | |
| 66. Government I Bonds | A | Dividend | J | T | | | | | |
| 67. Government I Bond | A | Dividend | J | T | | | | | |
| 68. Gov Series EE Bonds | A | Dividend | | | Redeemed | 04/03/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Govenment Series EE Bonds | A | Dividend | | | Redeemed | 04/03/18 | J | A | |
| 70. Government Series EE Bonds | A | Dividend | | | Redeemed | 04/03/18 | J | A | |
| 71. Government Series EE Bonds | A | Dividend | | | Redeemed | 04/03/18 | J | A | |
| 72. TIAA CREF Retirement Account (H) | | | | | | | | | |
| 73. - TI|AA Traditional fixed annuity | A | Interest | M | T | | | | | |
| 74. --CREF Stock R2 | A | Dividend | O | T | | | | | |
| 75. --CREF Growth R2 | A | Dividend | N | T | | | | | |
| 76. --MainStay Lrg Cap Growth 1 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information:

Line 5b: This is a self-initiated amendment to correct the reimbursements reported in Part IV.

Part IV:

Line 1 and 2 revised the description from "hotel and lodging" to specifiy simply hotel and the mileage reimbursement. Lines 3 and 4 added the ABI reimbursement for my participation in the "Eye on Bankruptcy" streaming show which was filmed in July and in October 2018.

Part VII:

Line 5 shares of Columbia Large Cap Growth CL A (LEGAX) converted shares to shares of Columbia Large Cap Growth Fund Adv (CCGRX) on March 5 2018 (value between $50,000 - $100,000).

Line 7 shares of Fidelty Advisor Evergin Mkts CL 1 (FIMKX) converted to shares of Fideltiy Advisor Emerging Mkts CL Z (FZAEX) on March 5, 2018 (value between $15,000 - $50,000).

Line 38 Janney Montgomery Sweep account UGTMA account was previously combined with line 39 Janney Montgomery Sweep Account.

Line 45 Mainstay Mackay High Yield Corportate Bond Class B MKHCX share class exhange for Mainstay MacKay High Yield Corp Bond Class 1 MHYIX occurred on 9-26-18 (value less than $15,000).

Lines 4, 21, 22, 23, 25, 26, 27, 28, 31, 32, 33, 34, 44, 45, 48 and 50 were sold at a loss. In each of the sales, the purchase cost exceeded the sale proceeds.

Lines 72, 73, 74, 75 and 76 are assets held in retirement account of spouse. I have no ownership interest in or control over these retirement assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 11/5/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544